ALICE P. WARE, as Administratrix of the Estate of TILDEN H. WARE, Deceased, Respondent, *v.* ITHACA STREET RAILWAY COMPANY, Appellant.

*Ware* v. *Ithaca Street Ry. Co.*, 110 App. Div. 923, appeal dismissed.
(Submitted March 6, 1907; decided March 12, 1907.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered

January 20, 1906, which affirmed an order of Special Term setting aside a verdict in favor of defendant and granting a new trial in an action to recover for the death of plaintiff's intestate alleged to. have been caused by defendant's negligence.

*E. A. Denton* for appellant.

*David M. Dean* and *Peter F. McAllister* for respondent.

Appeal dismissed, with costs ; no opinion.
Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, HAIGHT, WILLARD BARTLETT, HISCOCK and CHASE, JJ.